IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00647-MJW

MICAH ELLIOT,

Plaintiff,

v.

THE HOME DEPOT, USA, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Defendant's Unopposed Motion to Appear via Telephone at Scheduling/Planning Conference (Docket No. 11) is GRANTED.

      It is FURTHER ORDERED that Arthur Smith shall contact chambers at the appointed time at (303) 844-2403.  If more than one individual will be appearing telephonically, all such persons shall be on the line prior to contacting chambers.

Date: April 21, 2015