IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00647-RPM

MICAH ELLIOT,

                    Plaintiff,

v.

THE HOME DEPOT, USA, INC.,

                    Defendant.

_____

## ORDER VACATING ORDER SETTING SCHEDULING/PLANNING CONFERENCE
## AND RE-SETTING SCHEDULING CONFERENCE

_____

Upon reassignment of this civil action and this Court's case management procedures, it is

ORDERED that the order of Magistrate Judge Michael J. Watanabe setting a scheduling/planning conference is vacated.  It is

FURTHER ORDERED that  a scheduling conference will be held on **May 14, 2015, at 1:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.   Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 4/3/15).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on May 7, 2015.**  The conference is conducted with **lead counsel present in person.**  No parties or representatives of parties will be permitted to attend.

DATED:   May 1st, 2015

BY THE COURT:

Richard P. Matsch, Senior Judge