IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00647-RPM

MICAH ELLIOT,

    Plaintiff,
vs.

HOME DEPOT U.S.A., INC.,

    Defendant.

_____

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
_____

On this date came to be considered Plaintiff Micah Elliott's and Defendant Home Depot U.S.A., Inc.'s Joint Stipulation of Dismissal in the above-numbered and captioned action. It appears to the Court that the Joint Stipulation is well taken and should in all things be GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims filed by Plaintiff Micah Elliott against Home Depot U.S.A., Inc. are hereby dismissed in their entirety with prejudice to the re-filing of same.

It is further ORDERED, ADJUDGED AND DECREED that all costs herein incurred shall be taxed against the party incurring same.

SIGNED on the 1st day of September, 2015.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge